Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-2466 DFL DAD |
| Plaintiff, | Hon. David F. Levi |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT JOHN SCOTT DOUGHERTY** |
| SEAN DRAKE, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal of Defendant John Scott Dougherty filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant John Scott Dougherty only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

/ / /

/ / /

/ / /

/ / /

BNFY 553205v1                                           1                        (CIV- S-03-2466 DFL DAD)

**[PROPOSED] ORDER DISMISSING DEFENDANT JOHN SCOTT DOUGHERTY**

1     3.    As Defendant John Scott Dougherty is the last remaining active Defendant in this
2 action, this entire action as to all remaining claims is hereby terminated in full.
3 DATED: 19 May 2005

                                           /s/ David F. Levi
                                      Honorable David F. Levi
                                      United States District Court
                                      Eastern District of California

**[PROPOSED] ORDER DISMISSING DEFENDANT JOHN SCOTT DOUGHERTY**